

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-23-00073-CV

___

7 STARS EQUIPMENT LLC, APPELLANT

V.

HIGH PLAINS TIRE & DIESEL SERVICE, INC., APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 110669-E-CV, Honorable Douglas R. Woodburn, Presiding

April 5, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, 7 Stars Equipment LLC, filed a notice of appeal from the trial court's judgment without paying the requisite filing fee. By letter of March 10, 2023, the Clerk of this Court notified Appellant that the filing fee was overdue and that failure to pay the filing fee by March 20 would result in dismissal of the appeal. However, Appellant has not paid the filing fee to date.

Because Appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam